UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
ANDREW TORO, *on behalf of himself and all* : 
*others similarly situated*, :
:
                              Plaintiff, :         24-CV-1287 (VSB)
:
          - against - :              **ORDER**
:
:
Tropical Cheese Industries, Inc., :
:
                          Defendant. :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's filing concerning the service of the summons, (Doc. 5.) However, Plaintiff is directed to file an affidavit of service in which he states that both the summons and the complaint were served on the Defendant.

SO ORDERED.

Dated:     April 29, 2024
              New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge