**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW TORO, on behalf of himself
and all others similarly situated,

            Plaintiffs,

        -against-

TROPICAL CHEESE INDUSTRIES, INC.,

            Defendant.

Case No.  1:24-cv-01287-VSB

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

 **PLEASE TAKE NOTICE**, that the above-entitled action against Defendant, TROPICAL

CHEESE INDUSTRIES, INC., shall be and hereby is dismissed pursuant to F.R.C.P. Rule

41(a)(1)(A)(i) with prejudice, without costs, or disbursements, or attorneys' fees to any party.


     Dated:    Hicksville, New York
             August 19, 2024


                  Respectfully submitted,

                  /s/ *Mars Khaimov*

                  Mars Khaimov, Esq.
                  Mars Khaimov Law, PLLC
                  100 Duffy Ave., Suite 510
                  Hicksville, NY 11801
                  mars@khaimovlaw.com